IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERESA G. RABURN                                                                                    PLAINTIFF

V.                          CASE NO.: 3:18-CV-3013

EATON CORPORATION and
EATON CORPORATION HEALTH AND
WELFARE ADMINISTRATIVE COMMITTEE                                      DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on September 19, 2019, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision to terminate benefits is **AFFIRMED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 4th day of October, 2019.

       /s/ Timothy L. Brooks
       TIMOTHY L. BROOKS
       UNITED STATES DISTRICT JUDGE